FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

{ORIGINAL COPY}

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

#098991
James Cobb A.K.A. Oliver Crumble
(Enter above the full name of the plaintiff in this action)

**COMPLAINT**

v.

Civil Action No. 02cv3983 (JEI)
(To be supplied by the Clerk of the Court)

Super int. N.J. State Police
Det. I.E.P. Brick N.J. St. Police
Trump Marina Hotel Casino Donald Trump
Sharon long Sec. Guard
for Trump Marina Casino
(Enter above the full name of the defendant or defendants in this action)

**FILED**
**NOV 26 2002**
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $150.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $150.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $150.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

    a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

    b. a certified copy of your prisoner account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   √     42 U.S.C. § 1983 (applies to state prisoners)

   ___     Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

2. Previously Dismissed Federal Civil Actions or Appeals

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

   a. Parties to previous lawsuit:

   Plaintiff(s): _____N/a_____

   Defendant(s): _____

   b. Court and docket number: _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

   3

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

d. Approximate date of filing lawsuit: **N/a**

e. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? **Atlantic Co. Justice Facility**

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: **James Cobb A.K.A. Oliver Crumble**

   Address: **5060 Atl. Ave. M.L. N.J. 08330**

   Inmate #: **098991**

b. First defendant -- name: **Super int. N.J. St. Police**

   Official position: **Super int. N.J. St. Police**

   Place of employment: **State Police H.Q Trenton N.J.**

   How is this person involved in the case?
   (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

   **In his position as super int. He failed to provide the proper training and supervision to Det. I E.P. Brick of N.J. St. Police Gaming Enforcement Div.**

4

③ defendent
   Donald Trump Trump Marina Hotel casino
      C.E.O.
   Trump Marina Hotel Casino Atl. City N.J. 08401

He failed to properly train and supervise his employees allowing and encouraging employees to racially profile

④ defendent
   Sharon long
   Security Guard
   Trump Marina Hotel Casino Atl. City N.J 08401

Sharon long Racially Profiled me following me all around casino without cause

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

c. Second defendant -- name: Det. I.E.P. Brick

Official position: N.J. St. Police Gaming Enforement. Div.

Place of employment: N.J. St. Police

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?) While being detained at Trump Marina Det. Brick came in and asked me what was my black (ass) stealing and why is it that you people always try to get shit for free that he was gonna make sure my black ass goes to jail so he won't have to come on any more call for me he then lied and charged me with a six hundred Dollar Theft of a wallet that I found that contained only four hundred and was given back to owner - Carolyn M. Demassi

Carolyn M. Demassi

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

Attached sheet incerted

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___ Yes   √ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

None available

_____

_____

5

I was leaving Harrah's casino going home. I cut through Trump Marina, casino from which I live across the street. I was in Trump Marina, about 4 or 5 min.. I found a wallet laying on a machine, it had 4 hundred dollars in it. I removed the 4 hundred, and put the wallet back on machines and then, I proceeded to leave as I was leaving I was approached by Sharon Long, a security guard for Trump Marina, she then said what did you find? I saw you find something, I told her Ms. Long that I found 4 hundred dollars in a wallet. Ms. Long, asked me where's the wallet I told Ms. Long, I left the wallet in the casino Ms. Long. Then said that's why I was told to follow you, because you people always want to steel something. I told Ms. Long, That I didn't steel nothing, if you were following me you know That. Ms. Long, then asked me to come with her to the security office while in route to the security office. I asked Ms. Long, if she wanted me to show her where I left the wallet. Ms. Long, said yes, we then went to area, I left wallet in and I found wallet in trash can. Ms. Long and I, then went to security office Ms. Long, then notifyed the owner Ms. Carolyn M. Demassi, and Ms. Long, asked Ms. Demassi, how much money was in the wallet, Ms. Demassi, said four hundred. That she had just withdrew four hundred dollars from the A.T.M. machine, then lost her wallet but she didn't know where, she lost it. Ms. Long then gave Ms. Demassi, four hundred dollars and her wallet Ms. Demassi, then left. Some minutes later Det. I E.P. Brick, then came in sat down beside me, and asked me, what was my black ass stealing. I told him I wasn't stealing anything, he then said why is it you people always try to get shit for free and, that he was gonna make sure my black ass goes to jail, that he won't have to worry about coming out on anymore calls for me. Det. Brick, then left out of the room for 20 min. or more Det. Brick, came back with a complaint charging me with a

Six hundred Dollar Theft. I ask Det. Brick, how is he charging me with a six hundred Dollar Theft for finding 4 hundred. Det. Brick, Then said fuck me and Told me To fight it in court. Because he was gonna make sure my black ass goes To Jail. All events occur on 8/27/2000

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

attached sheet incerted

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7.  Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like Donald Trump Employees and St. Police Employees To Recieve Racial sensitivity classes and I would like Five millon from The state Police in Punitive Damages and Five millon from Trump marina Casino in Punitive Damages

8.  Do you request a jury or non-jury trial? (Check only one)

    (✓) Jury Trial          ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __July__, __2002__.

#098991  A.K.A.
James Cobb Oliver Crumble
Signature of plaintiff[1]

Witness, Juzupl Solo
7/31/02

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

7

FORM TO BE USED BY A PRISONER
APPLYING TO PROCEED IN FORMA PAUPERIS

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

#098991
James Cobb A.K.A. Oliver Crumble
(Enter above the full name of the plaintiff in this action)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

v.

Civil Action No. _____
(To be supplied by the Clerk of the Court)

Super int. N.J. St. Police
Det. I E. P. Brick N.J. St. Police
Trump Marina Hotel Casino Donald Trump
Sharon long Sec. Guard for
Trump Marina Casino
(Enter above the full name of the defendant or defendants in this action)

#098991
I, James Cobb A.K.A. Oliver Crumble, declare that I am the (check appropriate box)
☑ Petitioner / plaintiff / movant     ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

_____

_____

_____

_____

# FORM TO BE USED BY A PRISONER
## APPLYING TO PROCEED IN FORMA PAUPERIS

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes   ☐ No

   If "Yes," list dates and places of confinement for the six-month period immediately preceding the filing of this application:

   Dates of Confinement: 3/20/02

   Place of Confinement: Atl. Co. Jail 5060 Atl. Ave. M.L. N.J. 08330

   For each institution in which you have been confined for the preceding six months, you must submit a certified copy of your prison account statement and an Account Certification Form (use attached Account Certification Forms).

2. Are you employed at your current institution?  ☐ Yes  ☑ No

   Do you receive any payment or money from your current institution?  ☐ Yes  ☑ No

   If "Yes," state how much you receive each month: _____

3. In the past 12 months, have you received any money from any of the following sources?

   a. Business, profession, or other self-employment   ☐ Yes  ☑ No
   b. Rent payments, interest, or dividends            ☐ Yes  ☑ No
   c. Pensions, annuities, or life insurance payments  ☐ Yes  ☑ No
   d. Disability or workers compensation payments      ☐ Yes  ☑ No
   e. Gifts or inheritances                            ☐ Yes  ☑ No
   f. Any other sources                                ☑ Yes  ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   City Welfare

3. Other than your prison account, do you have any cash or checking or savings account?  ☐ Yes  ☑ No

   If "Yes," state the total amount: _____

2

**FORM TO BE USED BY A PRISONER**
**APPLYING TO PROCEED IN FORMA PAUPERIS**

4. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other property or assets?   ☐ Yes   ☒ No

   If "Yes," please describe: _____

5. List the persons who are dependent on you for support, your relationship to each person and how much you contribute to their support.

   NONE

6. Authorization and Declaration

   I, ~~098991~~ 098991 A.K.A. James Cobb A.K.A. Oliver Crumble
   (Print or Type Name and Number of Prisoner)

   authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $150.00 fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

   I declare under penalty of perjury that the information contained in this application is true and correct.

   7/31/02
   DATE

   James Cobb A.K.A. Oliver Crumble
   SIGNATURE OF APPLICANT

3

```
Resident History Report

Atlantic County Justice Facility
08/07/2002 11:21:46
ST 8 / OPR jurjc

CCIS #: 098991
Resident Name    : COBB, JAMES
Start Date/Time: 03/20/2002 13:49
End Date/Time  : 08/07/2002 11:24

   Date       Time    Type              ST    OPR     Receipt #        Amount        Balance
   ----------------------------------------------------------------------------------------
   03/20/2002 13:49   Intake            4     jucdi   D10347           0.00          0.00
   03/21/2002 08:12   Perm ID           2     JUDMK   B18821           0.00          0.00
   04/01/2002 14:50   Order             2     jtb     B21969           0.00          0.00
   04/08/2002 14:34   Order             2     jtb     B23335           0.00          0.00
   04/15/2002 14:31   Order             2     jtb     B24894           0.00          0.00
   04/22/2002 14:40   Order             2     jtb     B26337           0.00          0.00
   04/29/2002 14:50   Order             2     jtb     B27624           0.00          0.00
   05/06/2002 14:29   Order             2     jtb     B29756           0.00          0.00
   05/13/2002 14:35   Order             2     jtb     B31374           0.00          0.00
   05/20/2002 13:58   Order             2     jtb     B32910           0.00          0.00
   05/27/2002 14:35   Order             2     jtb     B34316           0.00          0.00
   06/03/2002 14:01   Order             2     jtb     B36378           0.00          0.00
   06/10/2002 13:45   Order             2     jtb     B38276           0.00          0.00
   06/24/2002 14:13   Order             2     jtb     B41153           0.00          0.00
   07/01/2002 15:07   Order             2     jtb     B43445           0.00          0.00
   07/08/2002 14:06   Order             2     jtb     B44897           0.00          0.00
   07/15/2002 14:57   Order             2     jtb     B46556           0.00          0.00
   07/22/2002 14:19   Order             2     jtb     B48563           0.00          0.00
   08/05/2002 14:06   Order             2     jtb     B52990           0.00          0.00
```

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

**They Refuse To Sign**

ACCOUNT CERTIFICATION FORM

*account statement incerted*

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____     _____
Date                         Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS**: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*(Cut along dotted line)*

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____     _____
Date                         Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS**: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.